AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Jose Alexander Castaneda-Flores
A095 634 875
AKA: Jose Castaneda-Flores

IAE   YOB: 1983
Honduras
(Name and Address of Defendant)

United States District Court
Southern District of Texas
FILED
MAY 21 2014
. Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:   M-14-0995-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___May 19, 2014___ in ___Hidalgo___ County, in the ___Southern___ District of ___Texas___

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title ___8___ United States Code, Section(s) ___1326___ (Felony)

following facts:

Jose Alexander Castaneda-Flores was encountered by Border Patrol Agents near Hidalgo, Texas, on May 19, 2014. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 19, 2014, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on February 04, 2014, through Phoenix, Arizona. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On November 17, 2003, the defendant was convicted of Robbery in the Second (2nd) Degree and was sentenced to eight (8) years confinement.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Signature of Complainant
Cipriano Shears       Senior Patrol Agent

Sworn to before me and subscribed in my presence,
05/21/14

Dorina Ramos    , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer